**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

IN RE THE MATTER OF THE SEARCH
OF:

The Cellular Telephone Assigned Call
Number 505-582-4555

Case No. 18-mr-00672

**UNITED STATES' MOTION TO UNSEAL
<u>SEARCH WARRANT AND RELATED DOCUMENTS</u>**

The United States of America respectfully requests that the Court unseal all documents in

connection with the captioned matter, including the search warrant, application, affidavit, and any

motions and orders to seal such documents.  As grounds for this request, the United States asserts

that the sealed documents were generated in the investigation of a matter that has been indicted in

the United States District Court in the District of New Mexico in cause number 18-cr-3890, which

is currently assigned to Judge Browning. The investigation in that matter is complete and no further

arrests are expected to occur. Consequently, there exists no good cause to continue to seal the

matter.

WHEREFORE, the United States respectfully requests that the Court unseal the captioned

matter.

Respectfully submitted,

RYAN ELLISON
United States Attorney

/s/
_____
Jack E. Burkhead
Sarah J. Mease
Assistant United States Attorneys
P.O. Box 607
Albuquerque, N.M. 87103
(505) 224-1413

1

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused defense counsel to be served by electronic means, as reflected on the Notice of Electronic Filing as indicated therein on June 25, 2025.

/s/ _____
Jack E. Burkhead
Assistant United States Attorney